IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| DAVID THOMAS, KATHY THOMAS, and BETHANY DIVEN, | * * * | |
| Plaintiffs, | * * | |
| v. | * * | CV 322-077 |
| UNITED STATES OF AMERICA, | * * | |
| Defendant. | * | |

ORDER

On January 17, 2024, the parties filed a "Joint Stipulation of Voluntary Dismissal" signed by both parties. Upon due consideration, the Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that Plaintiffs' claims against Defendant are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case and **TERMINATE** all motions and deadlines. The parties shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this _18_ day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE